**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DOREEN BROWN,<br><br>                               Plaintiff,<br><br>     v.<br><br>DEB HAALAND, Secretary of the U.S. Department of Interior, *et al.*,<br><br>                               Defendants. | Case No. 3:21-CV-0344-MMD-CLB<br><br>**ORDER GRANTING APPLICATIONS TO PROCEED *IN FORMA PAUPERIS***<br><br>[ECF Nos. 1, 2, 3, 4, 5] |

      Plaintiffs Doreen Brown, Louella Stanton, Eldon Brown, Elena Loya, and Gilbert George ("Plaintiffs") have filed applications to proceed *in forma pauperis* in this action. In the applications, Plaintiffs each listed minimal income and assets (ECF Nos. 1, 2, 3, 4, 5). For good cause appearing, Plaintiffs' requests to proceed *in forma pauperis* are **GRANTED**. (*Id.*)

      The movants herein are permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

      IT IS FURTHER ORDERED that the Clerk of the Court shall issue summonses to the following:

      1.     Deb Haaland, Secretary of the Department of the Interior;

      2.     United States of America; and

      3.     Winnemucca Indian Colony

      The Clerk shall deliver the summonses and sufficient copies of the complaint, (ECF No. 6), to the U.S. Marshal for service. The Clerk shall send Plaintiffs' counsel sufficient copies of service of process forms (USM-285) for each Defendant. Plaintiffs shall have twenty (20) days in which to return to the required forms USM-285 to the U.S.

Marshal at 400 S. Virginia Street, 2nd Floor, Reno, Nevada  89501.

    **DATED**: <u>November 22, 2021</u>.

_____
**UNITED STATES MAGISTRATE JUDGE**