1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3
   SKYLER H. PEARSON
4  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  skyler.pearson@usdoj.gov

7  *Attorneys for the United States*

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10
    Doreen Brown, Louella Stanton, Eldon
11  Brown, Dwight Brown, Gilbert George,        Case No. 3:21-cv-00344-MMD-CLB
    Elena Loya, Elisa Dick, Lovelle Brown,
12  Kevin Dick, & Leslie Smartt Jr.,

13              Plaintiffs,
                                                **Defendant's Non-Opposition to**
14          v.                                  **Plaintiffs' Motion to Amend and Joint**
                                                **Stipulation to Allow the United States**
15  Deb Haaland, Secretary, United States       **60 Days to Answer or Otherwise Plead**
    Department of the Interior, in her official
16  capacity

17              Defendant.

18

19          Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate

20  and jointly move the Court to grant Plaintiffs' Motion to Amend Complaint (ECF No. 29).

21  Plaintiffs and Defendants further stipulate and jointly move the Court to allow the United

22  States 60 days from the grant of this stipulation and order to answer or otherwise respond

23  to the amended complaint based on the following:

24          1.     On August 6, 2021, Plaintiffs filed their Complaint for Injunctive Relief

25  (ECF No. 6).

26          2.     Plaintiffs served the United States Attorney's Office for the District of

27  Nevada on August 13, 2021.

28

3. The deadline for Defendant to answer or otherwise plead was October 12, 2021.

4. On November 4, 2021, Plaintiffs moved for an emergency order pursuant to LR 7-4 (ECF No. 15).

5. Defendant and Intervenors responded (ECF Nos. 17 and 18).

6. The Court denied the motion on November 5, 2021 (ECF No. 22).

7. Plaintiffs appealed the denial of the order to the Ninth Circuit (ECF No. 23). The Ninth Circuit subsequently denied Plaintiffs' motion for injunctive relief (ECF No. 26).

8. Thereafter, Plaintiffs moved to remove this Court's stay and amend their complaint (ECF Nos. 28 and 29).

9. Defendant does not oppose Plaintiffs' motion to amend.

10. Accordingly, the parties request that the Court accept the amended complaint as the operative complaint in this case and allow the United States 60 days from the date of the Court's order accepting this stipulation to answer or otherwise plead.

Respectfully submitted this 1st day of December 2021.

| | |
|---|---|
| NEVADA LEGAL SERVICES, INC. | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Jim Salvator<br>JIM SALVATOR<br>Pro Hac Vice Pending<br>Colorado Bar No. 21055<br>204 Marsh Ave., Suite 101<br>Reno, Nevada 89509<br>*Attorney for Plaintiffs* | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 1, 2021