**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DOREEN BROWN, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>DEB HAALAND, Secretary of the United States Department of Interior,<br><br>    Defendant. | Case No. 3:21-CV-0344-MMD-CLB<br><br>**ORDER GRANTING MOTION TO REMOVE STAY OF PROCEEDINGS AND GRANTING MOTION TO AMEND**<br><br>[ECF Nos. 28 & 29] |

Before the Court are Plaintiffs' unopposed motions to remove stay of proceedings, (ECF No. 28), and amend the complaint. (ECF No. 29.) Plaintiffs have voluntary dismissed their appeal with the Ninth Circuit and a mandate has been issued. (ECF Nos. 32 & 33.) Defendants have filed a notice of non-opposition to the motion to amend. (ECF No. 34.) Therefore,

Plaintiffs' unopposed motions to remove stay of proceedings and to amend are **GRANTED**. (ECF No. 28 & 29.) Plaintiff shall file and serve the first amended complaint. LR 15-1(b). As stipulated, Defendant shall have sixty days from the date of this order to file an answer or other response. (ECF No. 35.)

**IT IS SO ORDERED.**

**DATED**: <u>December 1, 2021</u>.

                                                                    **UNITED STATES MAGISTRATE JUDGE**