Jim Salvator
Colorado Bar No. 21055
Nevada Bar No. 15854C
David Olshan, Esq.
Nevada Bar No. 4126
**NEVADA LEGAL SERVICES, INC.**
204 Marsh Avenue, Ste. 101
Reno, Nevada 89509
Phone: (775) 284-3491
Fax: (775) 284-3497
Email: jsalvator@nlslaw.net

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOREEN BROWN, LOUELLA STANTON, ELDON BROWN, DWIGHT BROWN, GILBERT GEORGE, ELENA LOYA, ELISA DICK, LOVELLE BROWN, KEVIN DICK & LESLIE SMARTT, JR., <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, SECRETARY, UNITED STATES DEPARTMENT OF INTERIOR, in her official capacity, <br><br> Defendant. | Case No.: 21-CV-00344-MMD-CLB <br><br> **JOINT MOTION FOR EXTENSION OF TIME** |

1

Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate and jointly move the Court to allow the Plaintiffs 15 days from the grant of this stipulation to respond to the Motion to Dismiss filed by the United States. In turn, the parties stipulate to allow the United States an equal extension of time to reply to Plaintiff's response to the Motion to Dismiss based on the following:

1. On August 6, 2021, Plaintiffs filed their Complaint for Injunctive Relief (ECF No. 6).

2. Plaintiffs served the United States Attorney's Office for the District of Nevada on August 13, 2021.

3. On September 20, 2021, the parties filed a joint motion to stay proceedings for 90 days, with the United States answer or pleading due 60 days after the stay expired (ECF No. 13).

4. On September 21, 2021, the joint motion was granted (ECF No. 14).

5. On November 4, 2021, Plaintiffs moved for emergency order enjoining Defendant United States to enforce orders from Defendant's Court of Indian Appeals stopping demolition of Plaintiffs homes on the Winnemucca Indian Colony (ECF No. 15).

6. On November 5, 2021, the Winnemucca Indian Colony moved to Intervene (ECF No. 20).

7. Also on November 5, 2021, the Court granted the motion to intervene and denied Plaintiffs motion for emergency order (ECF No. 22).

8. The denial of Plaintiffs motion for emergency order was appealed to the Ninth Circuit Court of Appeals on November 8, 2021 (ECF No. 23).

9. The appeal was denied on November 11, 2021 (ECF No. 26).

10. On November 17, 2021, Plaintiffs filed an unopposed motion to remove the stipulation docketed as ECF No. 13 (ECF No. 28).

11. Also on November 17, 2021, Plaintiffs moved to amend their complaint and the proposed amended complaint was attached as an exhibit to the motion to amend (ECF No. 29).

12. On December 1, 2021, Defendant filed its non-opposition to Plaintiffs motion to amend (ECF No. 34).

13. On December 1, 2021, the parties filed a joint stipulation allowing the United States 60 days to respond to the amended complaint. (ECF No. 35).

14. Also on December 1, 2021, the Intervenor filed a response to Plaintiffs motion to amend (ECF No. 36).

15. Also on December 1, 2021, the Court accepted the stipulation (ECF No. 35) and ordered the United States to answer or respond by January 30, 2022 (ECF No. 37).

16. Also on December 21, 2021, the Court granted the unopposed motion to remove stay (ECF No. 28) and the Plaintiffs' motion to amend (ECF No. 28) with instructions to file and serve the first amended complaint (ECF No. 38).

17. On December 2, 2021, the Court rescinded the portion of its previous order (ECF No. 38) granting the motion to amend and then ordered the Plaintiffs to reply to the Intervenor's response (ECF No. 36) by December 8, 2021.

18. Also on December 2, 2021, intervenor filed a motion to dismiss the original complaint and the proposed first amended complaint (ECF No. 41).

19. Plaintiffs filed their reply to the Intervenor's response to their motion to amend on December 8, 2021 (ECF No. 42).

20. Plaintiffs filed their response to the Intervenor's motion to dismiss both their complaints on December 16, 2021 (ECF No. 44).

21. The Intervenor replied on December 23, 2021.

22. As such, Plaintiffs' Motion to Amend (ECF No. 29) is pending.

23. Also the Intervenor's motion to dismiss (ECF No. 41) is pending.

24. The Defendant United States filed its Motion to Dismiss the first amended complaint (ECF No. 29) on January 31, 2022 (ECF No. 47).

Accordingly, Plaintiffs and Defendant United States request that Plaintiffs shall have 15 days from the date this stipulation is accepted to respond to the United States motion to dismiss their first amended complaint (ECF No. 47) and an equal

extension of time shall be allotted for the United States to reply to Plaintiffs' response.

Respectfully submitted this 11 day of February, 2021.

s/*Jim Salvator*
Jim Salvator
NEVADA LEGAL SERVICES, INC. Email: jsalvator@nlslaw.net
*Attorney for Plaintiffs*

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Skyler H. Pearson*
SKYLER H. PEARSON
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** February 14, 2022.