JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Doreen Brown, Louella Stanton, Eldon Brown, Dwight Brown, Elena Loya, Elisa Dick, Lovelle Brown, Kevin Dick, & Leslie Smartt Jr., <br><br> Plaintiffs, <br><br> v. <br><br> Deb Haaland, Secretary, United States Department of the Interior, in her official capacity; Bryan Newland, United States Department of Interior, Assistant Secretary of Indian Affairs, in his official capacity; Darryl Lacounte, Director of the Bureau of Indian Affairs, in his official capacity; Rachel Larsen, Superintendent of the Western Region, Bureau of Indian Affairs, in her official capacity; and the United States Department of Interior, Bureau of Indian Affairs, <br><br> Defendants. | Case No. 3:21-cv-00344-MMD-CLB <br><br> **Stipulation to Extend Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint** <br><br> **(First Request)** |

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and jointly move the Court to extend the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint (ECF No. 66). Defendants' current response deadline is July 11, 2022, the first weekday after the July 9, 2022 deadline. *See* Fed. R. Civ. P. 6(a)(2)(C).

/ / /

/ / /

The parties agree that the July 11, 2022 deadline should be extended fourteen days to July 25, 2022.

Respectfully submitted this 30th day of June 2022.

| | |
|---|---|
| NEVADA LEGAL SERVICES, INC. | JASON M. FRIERSON<br>United States Attorney |
| /s/ Jim Salvator<br>JIM SALVATOR<br>Pro Hac Vice Pending<br>Colorado Bar No. 21055<br>204 Marsh Ave., Suite 101<br>Reno, Nevada 89509<br>*Attorney for Plaintiffs* | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 1, 2022