JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Doreen Brown, Louella Stanton, Eldon Brown, Dwight Brown, Elena Loya, Elisa Dick, Lovelle Brown, Kevin Dick, & Leslie Smartt Jr., | Case No. 3:21-cv-00344-MMD-CLB |
| Plaintiffs, | |
| v. | **Stipulation to Extend Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint** |
| Deb Haaland, Secretary, United States Department of the Interior, in her official capacity; Bryan Newland, United States Department of Interior, Assistant Secretary of Indian Affairs, in his official capacity; Darryl Lacounte, Director of the Bureau of Indian Affairs, in his official capacity; Rachel Larsen, Superintendent of the Western Region, Bureau of Indian Affairs, in her official capacity; and the United States Department of Interior, Bureau of Indian Affairs, | **(Second Request)** |
| Defendants. | |

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and jointly move the Court to extend the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint (ECF No. 66). Defendants' current response deadline is July 25, 2022.

/ / /

/ / /

The parties agree that the July 25, 2022 deadline should be extended an additional fourteen days to August 8, 2022.

Respectfully submitted this 15th day of July 2022.

NEVADA LEGAL SERVICES, INC.

*/s/ Jim Salvator*
JIM SALVATOR
Pro Hac Vice Pending
Colorado Bar No. 21055
204 Marsh Ave., Suite 101
Reno, Nevada 89509
*Attorney for Plaintiffs*

JASON M. FRIERSON
United States Attorney

*/s/ Skyler H. Pearson*
SKYLER H. PEARSON
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED: July 18, 2022**