1  JASON M. FRIERSON
United States Attorney
2  District of Nevada
Nevada Bar Number 7709
3
SKYLER H. PEARSON
4  Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
(702) 388-6336
6  skyler.pearson@usdoj.gov

7  *Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Doreen Brown, Louella Stanton, Eldon Brown, Dwight Brown, Elena Loya, Elisa Dick, Lovelle Brown, Kevin Dick, & Leslie Smartt Jr., <br><br> Plaintiffs, <br><br> v. <br><br> Deb Haaland, Secretary, United States Department of the Interior, in her official capacity; Bryan Newland, United States Department of Interior, Assistant Secretary of Indian Affairs, in his official capacity; Darryl Lacounte, Director of the Bureau of Indian Affairs, in his official capacity; Rachel Larsen, Superintendent of the Western Region, Bureau of Indian Affairs, in her official capacity; and the United States Department of Interior, Bureau of Indian Affairs, <br><br> Defendants. | Case No. 3:21-cv-00344-MMD-CLB <br><br> **Order Granting Stipulation to Extend Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint** <br><br> **(Third Request)** |

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and jointly move the Court to extend the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint (ECF No. 66). Defendants' current response deadline is August 8, 2022. The parties agree that the deadline be extended an additional fourteen days to August 22, 2022.

This extension is sought due to AUSA Pearson's schedule in light of a recent departure of an experienced AUSA from the United States Attorney's Office. This extension is not sought for the purpose of delay.

Respectfully submitted this 5th day of August 2022.

| | |
|---|---|
| NEVADA LEGAL SERVICES, INC.<br><br>/s/ jimmysalvator<br>JIM SALVATOR<br>Pro Hac Vice Pending<br>Colorado Bar No. 21055<br>204 Marsh Ave., Suite 101<br>Reno, Nevada 89509<br>*Attorney for Plaintiffs* | JASON M. FRIERSON<br>United States Attorney<br><br>/s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: August 5, 2022**