Peter C. Wetherall, Esq.
Nevada Bar No. 4414
Alexandra Rawlings, Esq.
Nevada Bar No. 15483C
NEVADA LEGAL SERVICES, INC.
449 S. Virginia Street, 3rd Floor
Reno, Nevada 89501
(775) 284-3491

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOREEN BROWN, LOUELLA STANTON, ELDON BROWN, DWIGHT BROWN, ELENA LOYA, ELISA DICK, LOVELLE BROWN, KEVIN DICK, LESLIE SMARTT, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS; DEB HAALAND, *et al.*<br><br>Defendants. | Case No. 3:21-CV-00344-MMD-CLB<br><br>**ORDER TO SUBSTITUTE COUNSEL** |

The Plaintiffs, DOREEN BROWN, LOUELLA STANTON, ELDON BROWN, DWIGHT BROWN, ELENA LOYA, ELISA DICK, LOVELLE BROWN, KEVIN DICK, and

/ / /

/ / /

1

LESLIE SMARTT, JR., pursuant to LR IA 11-6(c) hereby submit their substitution of attorneys of record in the above-entitled proceeding.

DATED this 22nd day of June, 2023

Respectfully submitted,

NEVADA LEGAL SERVICES, INC.

By: _____/s/ David Olshan_____
David Olshan, Esq.
Nevada Bar No. 4126

The undersigned does hereby consent to act as attorney of record for the above-named Plaintiffs in the place of DAVID OLSHAN, Esq. The undersigned also acknowledges responsibility for all pending dates and deadlines.

DATED this 22nd day of June, 2023.

By: ___/s/ Peter Wetherall_____
PETER C. WETHERALL, Esq.
Nevada Bar No. 4414
701 E. Bridger Avenue, Suite 400
Las Vegas, Nevada  89101

The undersigned do hereby consent to this substitution of PETER WETHERALL, Esq., in the place of DAVID OLSHAN, Esq.

By: ___/s/ Doreen Brown_____
DOREEN BROWN

By: ___/s/ Louella Stanton_____
LOUELLA STANTON

2

By: _/s/ Eldon Brown_
ELDON BROWN

By: _/s/ Dwight Brown_
DWIGHT BROWN

By: _/s/ Elena Loya_
ELENA LOYA

By: _/s/ Elisa Dick_
ELISA DICK

By: _/s/ Lovelle Brown_
LOVELLE BROWN

By: _/s/ Kevin Dick_
KEVIN DICK

By: _/s/ Leslie Smartt, Jr._
LESLIE SMARTT, JR.

By: _/s/ David Olshan_
DAVID OLSHAN, Esq.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 6, 2023.

3