|   |   |
|---|---|
| 1 | JASON M. FRIERSON |
|   | United States Attorney |
| 2 | District of Nevada |
|   | Nevada Bar Number 7709 |
| 3 |   |
|   | SKYLER H. PEARSON |
| 4 | Assistant United States Attorney |
|   | 501 Las Vegas Blvd. So., Suite 1100 |
| 5 | Las Vegas, Nevada 89101 |
|   | (702) 388-6336 |
| 6 | skyler.pearson@usdoj.gov |

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Doreen Brown, Louella Stanton, Eldon Brown, Dwight Brown, Elena Loya, Elisa Dick, Lovelle Brown, Kevin Dick, & Leslie Smartt Jr., | Case No. 3:21-cv-00344-MMD-CLB |
|---|---|
| Plaintiffs, | |
| v. | **Stipulation to Extend Time for Defendants to File their Reply in Support of their Motion for Summary Judgment** |
| Deb Haaland, Secretary, United States Department of the Interior, in her official capacity; Bryan Newland, United States Department of Interior, Assistant Secretary of Indian Affairs, in his official capacity; Darryl Lacounte, Director of the Bureau of Indian Affairs, in his official capacity; Rachel Larsen, Superintendent of the Western Region, Bureau of Indian Affairs, in her official capacity; and the United States Department of Interior, Bureau of Indian Affairs, | **(First Request)** |
| Defendants. | |

Plaintiffs, Defendants, and Intervenors, by and through their respective counsel, hereby stipulate and jointly move the Court to extend the deadline for Defendants to file their Reply in Support of their Motion for Summary Judgment. Defendants' current response deadline is August 14, 2023. The parties agree that the deadline be extended an additional fourteen days to **August 28, 2023**.

This extension is sought due to AUSA Pearson's schedule involving a trial before Judge Navarro the week of August 7, 2023. This extension is not sought for the purpose of delay.

Respectfully submitted this 31st day of July 2023.

| | |
|---|---|
| NEVADA LEGAL SERVICES, INC. | JASON M. FRIERSON<br>United States Attorney |
| */s/ Peter C. Wetherall*<br>PETER C. WETHERALL, ESQ.<br>Nevada Bar No. 4414<br>NEVADA LEGAL SERVICES, INC. 449 S. Virginia Street, 3rd Floor,<br>Reno, Nevada 89501<br>*Attorney for Plaintiffs* | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

MADDOX & CISNEROS, LLP

*/s/ Norberto J. Cisneros*
NORBERTO J. CISNEROS
1210 South Valley View Blvd., Suite 202
Las Vegas, Nevada 89102

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 2, 2023

2